# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3726

Lloyd D. Meeks

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:12-cv-00444-JAJ)
_____

**ORDER**

This case is remanded to the district court for consideration in light of <u>Tiedeman v. Benson,</u> 122 F.3d 518 (8th Cir. 1997), with directions that if granted, the certificate of appealability specify the issue or issues that are to be considered on appeal.

November 16, 2012

A true copy.

ATTEST:
CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.
_____
/s/ Michael E. Gans